# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2023-4007
Lower Tribunal No. 2022-CF-016418

_____

BRIONE LAMAR JOINER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Thomas Reese, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, SMITH and BROWNLEE, JJ., concur.


Olivia M. Goodman and Stephanie A. Fitzsimmons, of O'Brien Hatfield, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED